**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Scott and Aimee Cantwell | : | |
|     DEBTOR | : | BKY. NO.  17-13751JKF13 |
| Scott and Aimee Cantwell | : | |
|     Plaintiff | | |
|     vs. | : | ADV. NO. |
| PNC Bank National Association | : | |
|     Defendant | | |

**COMPLAINT TO DETERMINE SECURED STATUS**

1. Debtors owe their residence with a value of $310,000. The appraisal report is attached. **Exhibit A.**
2. The Debtors have a first position mortgage with Seterus with a balance of approximately $440,00.
3. The junior mortgage to PNC of approximately $225,000 is wholly unsecured.

    WHEREFORE, Debtors/Plaintiffs pray that pursuant to 11 USC 506 and in Re: McDonald that this is honorable that this honorable court enter an order finding the mortgage debt to PNC to be wholly unsecured.

    Respectfully submitted,

Date: **July 20, 2017**    BY: /s/ Michael A. Cataldo
    MICHAEL A. CATALDO, ESQUIRE
    Cibik & Cataldo, P.C.
    1500 Walnut Street, Suite 900
    Philadelphia, PA  19102
    215-735-1060/fax 215-735-6769